ORIGINAL

FILED

09/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0234

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0234

KATRINA SULLIVAN, a/k/a Katrina Jorgensen,

Plaintiff and Appellee,

v.

PENNY WEYMILLER and LARRY McGILL,

Defendants and Appellants.

FILED

SEP 01 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Through counsel, Katrina Sullivan (Sullivan) moves this Court for dismissal of this appeal. Representing herself, Penny Weymiller (Weymiller) responds in opposition, contending that her appeal is timely. No response has been received from self-represented Appellant Larry McGill.

Sullivan points out that Weymiller's appeal is not properly before this Court. The Custer County District Court entered its final judgment on February 10, 2020, granting partial summary judgment to Sullivan on her declaratory judgment claim; granting partial summary judgment to Sullivan on Weymiller's and McGill's counterclaims, dismissing Sullivan's remaining claims on her motion; and awarding attorney's fees and costs to Sullivan. Sullivan states that on February 18, 2020, she filed the Notice of Entry of Judgment pursuant to M. R. Civ. P. 77(d) and Weymiller filed a "Motion for Reconsideration as to Attorney Fees and Final [Judgment]." Sullivan adds that Weymiller appeals the court's March 19, 2020 Order denying Weymiller's Motion for Reconsideration. Sullivan concludes that this Court does not have jurisdiction over this appeal because it is not from a final judgment and Weymiller's Notice of Appeal, dated and signed on April 18, 2020, was filed with the Clerk's Office on April 24, 2020. M. R. App. P. 4(5)(a)(i).

Weymiller argues that the appeal is timely because she filed it within the thirty-day time limit. She explains that the March 19, 2020 Order is the basis of her appeal and she

filed it on April 18, 2020, within the time frame. Weymiller also contends that she timely submitted her opening brief and that it was filed late because of the on-going sorting problems with the United States Postal Service.

Our rules for acquiring jurisdiction are stringent. M. R. App. P. 4(5)(a)(i) provides that "[i]n civil cases, . . . , the notice of appeal shall be filed with the clerk of the supreme court within 30 days from the date of entry of the judgment or order from which the appeal is taken." Here, the notice of entry of judgement was entered on February 18, 2020, and a timely appeal would have been on or before March 19, 2020. As the District Court noted in its Order denying Weymiller's motion for reconsideration, motions for reconsideration are not part of the Montana Rules of Civil Procedure. *Nelson v. Driscoll*, 285 Mont. 355, 359, 948 P.2d 256, 258-59 (1997). Appeals are only allowed from a timely motion made pursuant to the Montana Rules of Civil Procedure, specifically M. R. Civ. P. 59 and 60. M. R. App. P. 4(5)(a)(iv)(A)-(E). Weymiller's appeal is both untimely and improper. Her filed Notice is more than a month late. Therefore,

IT IS ORDERED that Sullivan's Motion to Dismiss is GRANTED and this appeal is DISMISSED with prejudice.

The Clerk also is directed to provide a copy of this Order to counsel of record and to Penny Weymiller and Larry McGill personally.

DATED this 1ˢᵗ day of September, 2020.

Chief Justice

Justices

2